IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE OYEBANJO, | ) | |
| | ) | Case No. 10 CV 4810 |
| Plaintiff, | ) | |
| | ) | Honorable Robert W. Gettleman |
| v. | ) | Judge Presiding |
| | ) | |
| OAKTON COMMUNITY COLLEGE, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, CATHERINE OYEBANJO, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, and Defendant, OAKTON COMMUNITY COLLEGE, by its attorney, RACHEL E. LUTNER of ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: July 15, 2010

| | |
|---|---|
| s/ Lisa Kane | s/ Rachel E. Lutner    (By consent) |
| LISA KANE | RACHEL E. LUTNER |
| LISA KANE & ASSOCIATES | ROBBINS, SCHWARTZ, NICHOLAS, |
| ATTORNEY FOR PLAINTIFF | LIFTON & TAYLOR, LTD. |
| 141 WEST JACKSON BOULEVARD | ATTORNEY FOR DEFENDANT |
| SUITE 3620 | 55 WEST MONROE STREET |
| CHICAGO, ILLINOIS 60604` | SUITE 800 |
| (312) 606-0383 | CHICAGO, ILLINOIS 60603 |
| ATTORNEY  CODE NO. 0620309 | (312) 332-7760 |